Prob 12 (Rev. 11/1/2004)

# United States District Court

for the

### DISTRICT OF MINNESOTA

### United States v. Todd Vassey

### Docket No. 0864 0:16CR00257-009(DWF)

### Petition on Supervised Release

COMES NOW **Reginale B. Hall**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Todd Vassey** who was sentenced for Conspiracy to Commit Transportation to Engage in Prostitution and Conspiracy to Engage in Money Laundering on September 3, 2019, by the Honorable Donovan W. Frank, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Participate in sex offender/mental health treatment
- Provide access to requested financial information
- No new credit

PRAYING THAT THE COURT WILL ORDER that conditions of supervision be modified to include the following:

- The probation officer may disclose the Presentence Report, and any previous mental health evaluations or reports, to the treatment provider. The treatment provider may provide information (excluding the Presentence report), to State or local social services agencies (such as the State of California, Department of Social Services), for the purpose of the client's rehabilitation.

- The defendant shall submit his person, residence, office, vehicle, or an area under the defendant's control to a search conducted by a United States Probation Officer or supervised designee, at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a supervision violation. The defendant shall warn any other residents or third parties that the premises and areas under the defendant's control may be subject to searches pursuant to this condition.

- All computers, computer-related devices and their peripheral equipment, used by the defendant shall be subject to search and seizure. This shall not apply to items used at the employment's site, which are maintained and monitored by the employer. is subject to search

- The defendant shall refrain from unlawful use of controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed eight tests per month, as directed by the Probation Officer.

| ORDER OF THE COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this <u>9th</u> day of <u>January 2020</u>, and ordered filed and made a part of the records in the above case. | s/ *Reginale B. Hall* |
| | Reginale B. Hall |
| | Senior U.S. Probation Officer |
| | 612-664-5407 |
| s/Donovan W. Frank | |
| Honorable Donovan W. Frank | Executed on    January 8, 2020 |
| Senior U.S. District Judge | Place    Minneapolis, MN |
| | Approved: |
| | s/ Odell Wilson III |
| | Odell Wilson |
| | Supervising U.S. Probation Officer |
| | 612-664-5379 |